# UNITED STATES COURT OF APPEALS
## For the Eleventh Circuit

_____

No. 14-11443

_____

District Court Docket No.
3:09-cv-00335-HLA-JBT

CHRISTOPHER GRECO,

                            Interested Party - Appellant,

JOHN DEMSHECK,
PALMETTO PROPERTIES DEVELOPMENT, LLC,
individually and on behalf of all others similarly situated,

                            Plaintiffs - Appellees,

versus

GINN DEVELOPMENT COMPANY, LLC,

                            Defendant - Appellee,

LUBERT-ADLER PARTNERS, L.P.,

                            Defendant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 02, 2015
For the Court: AMY C. NERENBERG, Acting Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE 01/05/2016**

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. **14-11443-DD**

**Christopher Greco, et al.** vs. **Ginn Development Company, et al.**

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| DOCUMENT | Repro. Method (Mark One) In-House | Repro. Method (Mark One) Comm* | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| Appellant's Brief | | | | | | | |
| Appendix | X | | 560 | 9 ✓ | 5,040 | $756.00 | 756.00 |
| Appellee's Brief | X | | 64 | 11 (7) | 704 | $105.60 | 67.20 |
| Reply Brief | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $861.60 REQUESTED | $ 823.20 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: *Robert P. Alpert*  
Date Signed: Dec. 14 2015  
Attorney Name: **Robert P. Alpert** (Type or print your name)  
Attorney for: **Ginn Development Company** (Type or print name of client)  
E-mail: **ralpert@mmmlaw.com**  
Phone: **404-233-7000**  
Street Address/City/State/Zip: **Morris, Manning & Martin, LLP, 3343 Peachtree Road, N.E., 1600 Atlanta Financial Center, Atlanta, Georgia 30326, F: 404-365-9532**

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ **$823.20** against **appellant**  
and are payable directly to **appellee**

Douglas J. Mincher, Clerk of Court  
By: *Trena Porter*, Deputy Clerk   DATE: 12/16/2015

Issued on: _____

BOC Rev.: 3/15

**ISSUED AS MANDATE 01/05/2016**